```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        - v. -                           :
                                         :    GOVERNMENT'S FORFEITURE
MIRCEA CONSTANTINESCU,                        BILL OF PARTICULARS
     a/k/a "Sobo,"                       :
NIKOLAOS LIMBERATOS,                          19 Cr. 651 (LTS)
     a/k/a "Nicu Limberto,"              :
CRISTIAN COSTEA,
     a/k/a "Momo,"                       :
ALIN HANES CALUGARU,
IONELA CONSTANTINESCU,                   :
     a/k/a "Pitica,"
THEOFRASTOS LYMBERATOS,                  :
ANDREW ELIOPOULOS,
VALENTIN PETRESCU,                       :
     a/k/a "Gico Cosmin Giscan,"
     a/k/a "Zoltan Pruma,"               :
PETER SAMOLIS,
KELLY KARKI LAM,                         :
GEORGE SERBAN,
DRAGOS DIACONU,                          :
MADLIN ALEXANDRU ANCA,
     a/k/a "Mateo Fernandez              :
   Alejandro,"
CRISTIAN ULMANU,                         :
     a/k/a "Boris Moravec," and
IULIANA MIHAILESCU,                      :

                    Defendants.          :

- - - - - - - - - - - - - - - - - - - - X
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the offenses described in Counts One, Two and

Four of the Indictment, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 25 Wellington Avenue, Deer Park NY 11729;

Dated:   New York, New York
         October 23, 2019

                                Respectfully Submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

By: *Robert B. Sobelman*
     ROBERT B. SOBELMAN
     Assistant United States Attorney
     Telephone: (212)637-2616