## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

October 28, 2019

**VIA ECF AND FACSIMILE**

Hon. Laura Taylor Swain  
United States District Court Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York NY 10007-1312

MEMO ENDORSED



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 11-1-2019

Re: <u>United States v. Nikolaos Limberatos</u>, 19 Cr. 651 (LTS) - Request for Submission of Interim Vouchers

Dear Judge Swain:

I am writing to request permission to submit interim vouchers in this matter. On October 10, 2019, I was appointed to represent Mr. Nikolaos Limberatos in the above referenced matter. It is anticipated that this matter will be a complex case consisting of voluminous amounts of discovery. I am part of a small law practice consisting of my partner and I. Payment of interim vouchers would avoid the economic hardship in undertaking representation for such an extended and complex case. <u>See</u> Guide to Judiciary Policies & Procedures, Volume VII, § A, the Guidelines for the Administration of the Criminal Justice Act, Ch. II ¶ 230.73. (The policy is designed to strike a balance between the interest in relieving court-appointed attorneys of financial hardships in extended and complex cases, and the practical application of the statutorily imposed responsibility of the chief judge of the circuit to provide a meaningful review of claims for excess compensation).

Regards,

/s/ Karloff C. Commissiong

Karloff C. Commissiong, Esq.

*The request is granted. Counsel is reminded that he must promptly work with Mr Tritz's office to formulate a budget.*

SO ORDERED:

/s/ 11/1/19  
HON. LAURA TAYLOR SWAIN  
U.S. DISTRICT JUDGE