

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 31, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Nikolaos Limberatos,* **19 Cr. 651 (LTS)**

Dear Judge Swain:

  The Government respectfully requests, with the consent of the defendant, that the telephonic hearing presently scheduled for April 3, 2020, at 11:00 a.m. (Dkt. No. 219), be rescheduled for a time convenient to the Court at or after 1:30 p.m. on April 3, 2020, in light of the limitations of counsel's schedules on that date.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
Elizabeth A. Hanft
Daniel M. Loss
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2504/2616

The hearing is rescheduled to 1:30 p.m.
Dial-in instructions remain the same.
DE# 220 resolved.

SO ORDERED.
4/1/2020
/s/Laura Taylor Swain, USDJ

cc:   Karloff C. Commissiong, Esq. (by ECF)