# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

April 3, 2020

**VIA ECF AND ELECTRONIC MAIL**

Hon. Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

## MEMO ENDORSED

Re: <u>United States v. Nikolaos Limberatos</u>, 19 Cr. 651 (LTS) – Adjournment of Bail Hearing

Dear Judge Swain:

I write to request an adjournment of the bail hearing scheduled for today, at 1:30pm. In connection with today's conference, I have sent 2 emails to the legal department at the MCC New York, in attempted to schedule a legal call with Mr. Limberatos. However, I have not received a response from the legal department, and as a result, have been unable to receive Mr. Limberatos' consent to proceed with the bail hearing by telephone, or a waiver of his appearance at the hearing. After discussing the matter with the government, I propose an adjournment of the conference for any day next week from Tuesday-Friday, after 1:30pm.

Respectfully,

Karloff C. Commissiong, Esq.

cc:   AUSA Robert B. Sobelman

The conference is adjourned to April 8, 2020, at 2:30 pm. A call-in number and security code will be provided by order in advance of the adjourned conference.

SO ORDERED.
4/3/2020
/s/ Laura Taylor Swain