UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No. 19 CR 651-LTS

NIKOLAOS LIMBERATOS,

        Defendant.

-------------------------------------------------------x

## ORDER

For the reasons stated on the record today, Mr. Limberatos has not sustained his burdens under 18 U.S.C. sections 3142(f) and 3142(i). Accordingly, his motion for reconsideration of the Court's October 25, 2019, order of detention, or temporary release (docket entry No. 218), is denied.

SO ORDERED.

Dated: New York, New York
       April 8, 2020

                                                      /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge