UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                             **ORDER**
                                                          19 Cr. 651 (LTS)

                     -against-

NIKOLAOS LIMBERATOS,

                             Defendant.

------------------------------------------------------------------------x

       Upon the written application of Karloff C. Commissiong, Esq., dated August 13, 2020, and with the consent of Mr. Nikolaos Limberatos, as represented by Mr. Commissiong,

       **IT IS HEREBY ORDERD**, that Mr. Commissiong is granted leave to delegate substantive tasks in connection with his representation of Mr. Limberatos in the above-captioned case, to Carlos Santiago, Esq., pursuant to Rule VIII (A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (2005) and the Criminal Justice Act Mentoring Program of the Southern District of New York.  As per the Criminal Justice Act Mentoring Program, Mr. Santiago may bill his time on the case at a rate of $65 per hour, after completing 15 hours of pro bono work on the case.

                                         **SO ORDERED**

                                   _/s/ Laura Taylor Swain_
                                   Hon. Laura Taylor Swain
                                   United States District Judge

Dated: August _____13_, 2020
          New York, New York