# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715　　　　　　　　　　　　　　　　　　　　　　　MARTIN E. ADAMS
NEW YORK, NY 10006　　　　　　　　　　　　　　　　　　　　　　　KARLOFF C. COMMISSIONG
TEL: 212-430-6590　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305　　　　　　　　　　　　　　　　　　　　　　　　　　WWW.AMCMLAW.COM

February 3, 2021

**VIA ECF**

Hon. Laura Taylor Swain　　　　　　　　　　　　　　　
United States District Court Judge　　　　　　　　　　**MEMO ENDORSED**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

Re:  United States v. Nikolaos Limberatos, 19 Cr. 651 (LTS) – Request for adjournment of conference

Dear Judge Swain:

I am writing to request that Your Honor adjourn the February 9, 2021 status conference in this matter for approximately 60-days in order to provide additional time for reviewing discovery produced by the Government and engaging in discussions with the Government about a pretrial disposition.  On behalf of Mr. Nikolaos Limberatos, I consent to the exclusion from the Speedy Trial Act calculation of time from February 9, 2021 until the new conference date.  I have consulted with the Government, and the Government consents to this request.

Respectfully,

Karloff C. Commissiong, Esq.

cc:　AUSA Robert Sobelman

The application is granted.  The conference is adjourned to April 12, 2021, at 9:00 a.m..  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 12, 2021, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 2/3/2021
/s/ Laura Taylor Swain, USDJ