## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

April 8, 2021

**VIA ECF**

Hon. Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

Re:  <u>United States v. Nikolaos Limberatos</u>, 19 Cr. 651 (LTS) – Request for adjournment of April 12, 2021 court conference

Dear Judge Swain:

A conference in this mater is scheduled for Monday, April 12, 2021 at 9:00am. On April 7, 2021, Your Honor informed the parties that the MCC New York would be unable to accommodate a remote proceeding. As a result, the April 12 conference would be rescheduled. The parties have agreed to adjourn the conference to Thursday, April 22, 2021 at 10:30am.

Regards,

/s/
Karloff C. Commissiong, Esq.
Carlos M. Santiago, Esq.

cc:   AUSA Robert B. Sobelman
      AUSA Elizabeth A. Hanft
      AUSA Daniel M. Loss
      AUSA Samuel P. Rothschild