# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715 <br> NEW YORK, NY 10006 <br> TEL: 212-430-6590 <br> FAX: 212-981-3305 | MARTIN E. ADAMS <br> KARLOFF C. COMMISSIONG <br> ADMITTED TO PRACTICE IN NEW YORK <br> WWW.AMCMLAW.COM |

April 8, 2021

**VIA ECF**

Hon. Laura Taylor Swain  
United States District Court Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York NY 10007-1312

## MEMO ENDORSED

Re:  United States v. Nikolaos Limberatos, 19 Cr. 651 (LTS) – Request for adjournment of April 12, 2021 court conference

Dear Judge Swain:

A conference in this mater is scheduled for Monday, April 12, 2021 at 9:00am.  On April 7, 2021, Your Honor informed the parties that the MCC New York would be unable to accommodate a remote proceeding.  As a result, the April 12 conference would be rescheduled.  The parties have agreed to adjourn the conference to Thursday, April 22, 2021 at 10:30am.

Regards,

/s/  
Karloff C. Commissiong, Esq.  
Carlos M. Santiago, Esq.

cc: AUSA Robert B. Sobelman  
    AUSA Elizabeth A. Hanft  
    AUSA Daniel M. Loss  
    AUSA Samuel P. Rothschild

The application is granted.  The conference is adjourned to **April 19, 2021**, at 9:00 a.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 19, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.  
Dated: 4/9/2021  
/s/ Laura Taylor Swain, USDJ