UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
      :
    -v-      :    19-CR-651 (LTS)
      :
NIKOLAOS LIMBERATOS,      :
      :
      Defendant.      :
      :
------------------------------------------------------------------------X

## ORDER

The Court has received a joint proposed order authorizing Mr. Limberatos to receive a laptop for review of discovery. Counsel for Mr. Limberatos has advised the Court that he has not conferred with the Bureau of Prisons regarding this order, and the Government advised the Court that the Bureau of Prisons objects to this order. The parties and legal counsel for the Bureau of Prisons are hereby directed to meet and confer, and file a joint status report by **June 2, 2021**, describing with particularity the nature of any objection.

    SO ORDERED.

Dated: May 28, 2021              __/s/ Laura Taylor Swain____
      New York New York            LAURA TAYLOR SWAIN
                                  Chief United States District Judge