

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 2, 2021

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nikolaos Limberatos,* 19 Cr. 651 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter on behalf of the parties and legal counsel for the Bureau of Prisons ("BOP") pursuant to the Court's order entered on May 28, 2021 (Dkt. No. 683).

    At the Court's direction, the parties and counsel for the BOP met and conferred yesterday, June 1, 2021. The discussion was productive. In light of the potential accommodations that the BOP may be able to provide to the defendant to facilitate his review of the discovery materials in this case, which the parties and counsel of the BOP are continuing to explore and discuss, the parties and counsel for the BOP respectfully request that the defendant's request for an order requiring the provision of a laptop to the defendant be held in abeyance pending further notice from the parties.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: *Robert B. Sobelman*
    Elizabeth A. Hanft
    Samuel P. Rothschild
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2334/2504/2616

Honorable Laura Taylor Swain
June 2, 2021
Page 2 of 2

cc: Karloff C. Commissiong, Esq. (by ECF)
   Carlos Santiago, Esq. (by ECF)
   Sophia Papapetru, Esq. (by email)