## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

June 16, 2021

**VIA ECF**

Hon. Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

## MEMO ENDORSED

Re: United States v. Nikolaos Limberatos, 19 Cr. 651 (LTS) – Request for adjournment of June 21, 2021, court conference

Dear Judge Swain:

We write to request that Your Honor adjourn the June 21, 2021, status conference in this matter for approximately 30-days to provide additional time for reviewing discovery produced by the Government and engaging in discussions with the Government about a pretrial disposition. Further, we consent to the exclusion from the Speedy Trial Act calculation of time from June 21, 2021, until the new conference date. The Government does not object to this request. Accordingly, we request a 30-day adjournment of the June 21, 2021, court conference.

Regards,

/s/

Karloff C. Commissiong, Esq.
Carlos M. Santiago, Esq.

cc:  AUSA Robert B. Sobelman
     AUSA Elizabeth A. Hanft
     AUSA Daniel M. Loss
     AUSA Samuel P. Rothschild

The foregoing request for an adjournment is granted. The next pretrial conference is hereby scheduled for July 19, 2021 at 12:00pm. The parties shall notify Chambers by email on or before July 6, 2021 as to whether they request to proceed remotely or in person. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through July 19, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry 715 is resolved.
SO ORDERED.
6/17/2021
/s/ Laura Taylor Swain, Chief USDJ