UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                                                                            No. 19CR651-LTS

NIKOLAOS LIMBERATOS (2),

                Defendant.

-------------------------------------------------------------X

**ORDER**

       Karloff C. Commissiong, Esq. and Carlos M. Santiago, Esq., are relieved as CJA counsel for the defendant.  Sanford N. Talkin, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

       SO ORDERED.

Dated:  New York, New York
           July 19, 2021

                                                                                  /s/  Laura Taylor Swain
                                                                                  LAURA TAYLOR SWAIN
                                                                                  United States District Judge