UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 19 CR 651-LTS

NIKOLAOS LIMBERATOS,

       Defendant.

--------------------------------------------------------x

## ORDER

The Court has been informed by the parties that the Defendant's discovery access issue, see docket entry no. 603, has been resolved. Accordingly, docket entry no. 603 is terminated.

      SO ORDERED.

Dated: New York, New York
       July 19, 2021

                                                       /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge