UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                       No. 19CR651-LTS

NIKOLAOS LIMBERATOS (2),

                Defendant.

-------------------------------------------------------------X

## ORDER

       Mr. Sanford N. Talkin, Esq., is relieved as CJA counsel for the defendant. Mr. Xavier Donaldson, Esq., is substituted as CJA counsel for the defendant in the above-captioned matter.

       SO ORDERED.

Dated: New York, New York
       July 21, 2021

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge