```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :    SUPPLEMENTAL
UNITED STATES OF AMERICA          :    PROTECTIVE ORDER
                                  :
     - v. -                       :
                                  :    19 Cr. 651 (LTS)
NIKOLAOS LIMBERATOS,              :
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on January 31, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Karloff Commissiong, Esq. (Dkt. No. 157);

WHEREAS, on July 20, 2021, Xavier Donaldson, Esq., was appointed as substitute as counsel for the defendant;

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, United States Attorney, by Elizabeth A. Hanft, Samuel P. Rothschild, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Donaldson, counsel for the defendant, that Mr. Donaldson is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated:   New York, New York
         July 22, 2021

                        SO ORDERED:


                         /s/ Laura Taylor Swain
                        _____
                        THE HONORABLE LAURA TAYLOR SWAIN
                        CHIEF UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF NEW YORK


### Acknowledgement of Protective Order

I, Xavier Donaldson, Esq., have read and reviewed the Protective Order entered on January 31, 2020, in the case of *United States v. Nikolaos Limberatos*, 19 Cr. 651 (LTS), I understand it, and I acknowledge that I am and shall be bound by the Order.


                        *Xavier R. Donaldson*
                        _____
                        Xavier Donaldson, Esq.
                        Attorney for Nikolaos Limberatos

2