UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                    No. 19CR651-LTS

NIKOLAOS LIMBERATOS (2)
THEOFRASTOS LYMBERATOS (6),

        Defendant.

-------------------------------------------------------------X

## ORDER

As of August 5, 2021, the Court hereby appointed John F. Kaley, Esq., as additional CJA counsel to serve in the capacity as Curcio counsel for Nikolaos Limberatos and Theofrastos Lymberatos.

SO ORDERED.

Dated: New York, New York
       August 18, 2021

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge