UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                         No. 19CR651-LTS

NIKOLAOS LIMBERATOS (2),

                Defendant.

-------------------------------------------------------------X

### ORDER

     Xavier R. Donaldson, Esq., is relieved as CJA counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsel, Messrs. Jeffrey B. Einhorn, Esq. and Jeffrey H. Lichtman, Esq.

     SO ORDERED.

Dated: New York, New York
          August 19, 2021

                                                                           /s/ Laura Taylor Swain
                                                                          LAURA TAYLOR SWAIN
                                                                          United States District Judge