## LAW OFFICES OF
## JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

November 12, 2021

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Constantinescu, et al.**, 19 CR 651 (LTS)

Dear Judge Swain:

I am writing on behalf of defendant Nikolaos Limberatos to respectfully request an adjournment of the November 30, 2021 status conference to January 11, 2022 at 10:30 a.m. This period will permit defense counsel to continuing reviewing the voluminous discovery and discuss any potential issues with the government prior to raising them with the Court. The government, by AUSA Robert Sobelman, has no objection to this application and speedy trial time has already been excluded by the Court until June 20, 2022, to which the defendant consents.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ecf)

The foregoing adjournment request is granted. The next pretrial conference is hereby scheduled for January 11, 2022, at 10:30am. Speedy time trial has been excluded for this case through June 20, 2022. Dkt. No. 917 resolved. SO ORDERED. 11/21/2021
/s/ Laura Taylor Swain, Chief USDJ