LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

December 16, 2021

**BY ECF**
Hon. Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Constantinescu, et al.</u>, 19 CR 651 (LTS)

Dear Judge Swain:

I am writing on behalf of defendant Nikolaos Limberatos to respectfully request an adjournment of the January 11, 2022 status conference to a date during the second week of March. This period will permit defense counsel to continuing reviewing the voluminous discovery and discuss any potential issues with the government prior to raising them with the Court. The government, by AUSA Robert Sobelman, has no objection to this application and speedy trial time has already been excluded until June 20, 2022, to which the defendant consents.

Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

The foregoing adjournment request is granted. The Court hereby schedules the next conference in this matter for March 17, 2022, at 10:30am. Speedy trial time has been excluded in this action through June 2022. Dkt. no. 940 resolved. SO ORDERED. 12/16/2021 /s/ Laura Taylor Swain, Chief USDJ

cc:   All counsel (by ecf)