UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| NIKOLAOS LIMBERATOS, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court is in receipt of the government's letter dated June 16, 2022 [Doc. No. 1126]. In light of the fact that the court day on Monday, June 27 must end by 3:45 p.m., the suppression hearing in this matter shall take place on Tuesday, June 28, at 9:00 a.m.

Dated: New York, New York
June 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.