UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:            19 CR 651 (SHS)
   -against-
:            ORDER
NIK LIMBERATOS,
:
              Defendant.
:
------------------------------------------------------------X

On the June 16th, 2022, application of Jeffrey Einhorn, Esq., attorney for Nik Limberatos, Defendant in the above-captioned matter, it is hereby

ORDERED that the Metropolitan Detention Center accept clothes - including one suit (jacket and pants), one blazer, one pair of pants, two shirts, three ties, three pairs of socks, and one pair of shoes and a belt - for Nik Limberatos, Inmate No. 87285-054, to wear at his trial, which is to commence on Monday, June 27, 2022.

Dated:        New York, New York
              June 17, 2022

_____
Hon. Sidney H. Stein
United States District Judge