UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CONSTANTINESCU, et al.,

                           Defendants.

-------------------------------------------------------------X

19 CR 651 (SHS)

**ORDER**

       Upon the June 23, 2022 application of Jeffrey Einhorn, Esq., attorney for defendant Nik Limberatos, is hereby

       ORDERED that attorneys Jeffrey Einhorn, Esq., James Branden, Esq., and Meredith Heller, Esq., are permitted to bring with them laptop computers into the Courthouse located at 500 Pearl Street, New York, New York, in addition to their personal cellular telephones, for the duration of the trial in the above-captioned case, which is scheduled to begin on June 27, 2022.

Dated: June 24, 2022
       New York, New York

                                                  HON. SIDNEY H. STEIN
                                                  UNITED STATES DISTRICT JUDGE