**B. ALAN SEIDLER**
ATTORNEY AT LAW
305 Broadway, 7th floor        (212) 334-3131
New York, New York 10007
seidlerlaw@gmail.com

## MEMO ENDORSED

November 3, 2022

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Limbertos # 19 cr 651 (SHS)

Dear Judge Stein;

    I write to request an extension from November 10, to December 10, to draft, research and file Limberatos' PSR objections, and Memorandum, and a new sentence date accordingly. I did not receive the PSR until November 1, 2022, and then only because I double checked the ECF case docket. For reasons unknown to me, and the SDNY ECF Help Desk, I receive all ECF postings, except PSR filings from the SDNY Probation Department. The Help Desk suggested I contact Probation directly, which I have done but I am waiting their response.
    Limberatos's PSR is complex in its computations and additions, but I will not need a further continuance.
    AUSA Elizabeth Hanft informs me the Government takes no position regarding this application.
    Thank you.

Respectfully,

*Bernard Alan Seidler*

bas/ee

B. Alan Seidler

**The defense submission is due by December 14, the government submission is due by December 21. The sentencing is adjourned to January 3, 2023, at 2:30 p.m.**

Dated: New York, New York
    November 4, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.