6

REPLY TO:
PO BOX 582
PALISADES, NY 10964

LAW OFFICE
OF
**B. ALAN SEIDLER**
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

# MEMO ENDORSED

December 12, 2022

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Nikolaos Limberatos #19cr 651 (SHS)

Dear Judge Stein;

As part of sentencing Limberatos submits his BOP medical records, and the medical records of daughter Athena that he requests be filed UNDER SEAL.

Respectfully,

B. Alan Seidler

bas/ee

Request granted.

Dated: New York, New York
December 12, 2022

SO ORDERED

Sidney H. Stein, U.S.D.J.